UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES DE LOS SANTOS<br><br>Plaintiff,<br><br>v.<br><br>CHARLES EDWIN SHOFFNER, individually; SHERWOOD SOUTHWEST, LLC; CVB INC., a Utah corporation, f/k/a and/or d/b/a CVBUT Inc. and Malouf Companies; and WEST CREEK FINANCIAL, INC., a Virginia corporation, d/b/a Koalafi,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:26-cv-00122-K-BK |

**DEFENDANT KOALAFI'S MOTION FOR LEAVE TO WITHDRAW BY HUNTER W. BEZNER**

Defendant West Creek Financial d/b/a Koalafi ("Defendant") files this motion for leave to withdraw Hunter W. Bezner as an attorney for Defendant in the above-captioned matter. Good cause exists for Mr. Bezner's withdrawal because he is leaving Holland & Knight LLP, and his withdrawal will not delay this action. Following Mr. Bezner's withdrawal, Defendant will continue to be represented by Tricia DeLeon, Vanessa Suarez, and Hannah Maloney and all future correspondence and papers in this action should be directed to these attorneys.

Dated: April 27, 2026

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

*/s/ Tricia R. DeLeon*_____
Tricia R. DeLeon
State Bar No. 24005885

tricia.deleon@hklaw.com
Hunter W. Bezner
State Bar No. 24126371
hunter.bezner@hklaw.com
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
(214) 964-9500 (telephone)
(214) 964-9501 (facsimile)

Vanessa A. Suarez
State Bar. No. 24118548
vanessa.suarez@hklaw.com
Hannah M. Maloney
State Bar No. 24125336
hannah.maloney@hklaw.com
98 San Jacinto Blvd., Ste. 1900
Austin, TX 78701
(512) 647-4395 (telephone)
(512) 472-7473 (facsimile)

**ATTORNEYS FOR DEFENDANT WEST CREEK FINANCIAL, INC. D/B/A KOALAFI**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically served to counsel of record this 27th day of April 2026 via the Court's electronic filing service.

*/s/ Tricia R. DeLeon*
Tricia R. DeLeon